Mark Eugene Engle

Relator

RECEIVED IN
The Court of Appeals
Sixth District

JUL 1 3 2015

Texarkana, Texas
Debra Autrey, Clerk

§

§

§

§

Case No. 06-15- 00111- CR

In the 6th Court of Appeals

at Texarkana, Texas

FILED IN
The Court of Appeals
Sixth District

JUL 1 3 2015

Texarkana, Texas
Debra K. Autrey, Clerk

## Motion for Writ of Error

Honorable Justices,

Now Comes Mark Eugene Engle, Relator, Pro-Se, and brings this Motion in Good Faith seeking to compel this Honorable Court to move the 354th district Court, namely Honorable Judge Beacom to supplement the Appellate Record with ALL proceedings had Pre-Indictment and under Writ #07259 in Cause No. 29110 by issuing a Writ of Error. Relator brings this motion by [T.R.A.P. 10.1].

I.

In Mandamus #06-15-00111-CR, received and filed on July 6,2015, Relator has established there is a remediable error in the record and it is this Honorable Courts discretion to correct the record. [T.R.A.P. 44.4].

II.

Relator bases this motion on the need for a full record for Appellate review, so that this Honorable Court can Address every issue raised and neccessary to final disposition of the Appeal. [T.R.A.P. 47.1]

III.

It is in the power of this Honorable Court of competent jurisdiction to make any Order appropriate that the law and the nature of the case require. [T.R.A.P. 43.6]

(1)

## Prayer

Relator prays that this Honorable Court will issue a Writ of Error to the 354th District Court for <u>ALL</u> records of proceedings under Writ #07259. And any other relief deem just.

## Certificate of Service

On this _10th_ day of _July_ 2015 Mark Eugene Engle sent this motion for Writ of Error to the Clerk of the Sixth Court of Appeals in Texarkana, from the Connally Unit, 899 F.M. 632, Kenedy Texas 78119.

Sincerely Submitted,

_Mark Eugene Engle_
Mark Eugene Engle
7-10-15

## Unsworn Declaration

Everything contained in this motion for Writ of Error is true and correct under penalty of prejury to the best of my knowledge and understanding.

Sincerely Submitted,

_Mark Eugene Engle_
Mark Eugene Engle
7-10-15